UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-051** |
| | : | |
| **v.** | : | |
| | : | |
| **CHARLES CUNNINGHAM ,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rhonda L. Campbell at telephone number (202) 514-9519 and/or email address Rhonda.Campbell@usdoj.gov.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

---

    Rhonda L. Campbell, Bar No. 462-402
    Assistant United States Attorney
    555 4th Street, NW, Room 4239
    Washington, DC 20530
    (202) 514-9519