CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )
                         )
              Plaintiff  ) Criminal Case Number 08-0051(RMC)
                         )
                         )
                         )        Category   B
CHARLES  CUNNINGHAM      )
                         )
                         )
              Defendant  )
                         )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>March 19, 2008</u>  from <u>Judge</u>

<u>Richard W. Roberts</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar

Committee.


(Judge Collyer has related Criminal Case No. 07-206)


<u>ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Collyer</u> & Courtroom Deputy
      <u>Judge Roberts</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk