**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                          Criminal No. _   *08-51*

*Charles Cunningham*

**FILED**

**AUG 2 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF TRIAL BY JURY**

        With the consent of the United States Attorney and the approval of the Court, the defendant waives

his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

**I consent:**

_____
Assistant United States Attorney

**APPROVED:**

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: *28 August 2008*